**Order entered December 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's November 17, 2015 motion to suspend enforcement of the judgment as premature and without prejudice to refiling if necessary after any rule 24.2(a)(4) hearing in the trial court. *See* TEX. R. APP. P. 24.2(a)(4); *McGee v. Ponthieu*, 634 S.W.2d 780, 781-82 (Tex. App.—Amarillo 1982, no writ.).


/s/     CRAIG STODDART
        JUSTICE